IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LATRELLE ARNOLD, Individually and as
special administrator for the estate of Marcus
Tucker, Deceased                                                                PLAINTIFF

v.                                          No. 2:16-CV-02131

SEBASTIAN COUNTY, ARKANSAS, et al.                                DEFENDANTS

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 27). The motion represents that the parties have settled this matter and are in agreement that it should be dismissed.

IT IS THEREFORE ORDERED that the joint motion (Doc. 27) is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 5th day of May, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE